UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NEW JERSEY, STATE OF NEW YORK, STATE OF ILLINOIS, CITY OF CHICAGO AND CITY OF NEW YORK ex rel. JANE DOE,<br><br>Plaintiffs,<br>v.<br><br>BALANCE DIAGNOSTICS USA, LLC, MULTI MOBILE IMAGING, INC., and MOUNT SINAI DOCTORS RIVERSIDE MEDICAL GROUP,<br><br>Defendants. | 15 Civ. 2641 (VSB) |

## STATE OF NEW YORK'S NOTICE OF ELECTION OF PARTIAL INTERVENTION FOR PURPOSES OF SETTLEMENT

Pursuant to the New York State False Claims Act, New York State Finance Law § 190 (2), the State of New York (the "State"), acting through the New York State Office of the Attorney General, Medicaid Fraud Control Unit ("MFCU"), hereby notifies the Court of its election to intervene in part, for purposes of settlement, in the above-referenced action against Defendant Balance Diagnostics USA, LLC ("Balance"). As to the allegations against Multi Mobile Imaging, Inc. and Mount Sinai Doctors Riverside Medical Group, the State declines to intervene in this action.

Dated: New York, New York
      May 31, 2024               By:     */s/ Kathryn Heim Harris*
                                                               Kathryn Heim Harris
                                                               Special Assistant
                                                               Medicaid Fraud Control Unit
                                                               Kathryn.Harris@ag.ny.gov