UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NEW JERSEY, STATE OF NEW YORK, STATE OF ILLINOIS, CITY OF CHICAGO AND CITY OF NEW YORK *ex rel.* JANE DOE,<br><br>                    Plaintiffs,<br>          v.<br><br>BALANCE DIAGNOSTICS USA, LLC, MULTI MOBILE IMAGING, INC., and MOUNT SINAI DOCTORS RIVERSIDE MEDICAL GROUP,<br><br>                    Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>          v.<br><br>BALANCE DIAGNOSTICS USA, LLC.<br><br>                    Defendant. | 15 Civ. 2641 (VSB) |

## JUDGMENT

Upon the consent of plaintiff the United States of America and defendant Balance Diagnostics USA, LLC ("Balance"), it is hereby

ORDERED, ADJUDGED and DECREED: that plaintiff the United States of America is awarded judgment in the amount of $4,280,108, against Balance as well as post-judgment interest at the rate of 12% per annum compounded daily.

Dated: New York, New York
       5/10, 2024

                    DAMIAN WILLIAMS
                    United States Attorney for the
                    Southern District of New York

By:    _____
        PIERRE G. ARMAND
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.:  (212) 637-2724
        Email: pierre.armand@usdoj.gov

        *Attorney for the United States of America*

Dated: May 10, 2024
_____, 2024

                        BALANCE DIAGNOSTICS USA, LLC

By: _____
     DOVI FAIVISH

                        THE LICHTMAN LAWFIRM

By: _____
     Aaron Lichtman
     56 Westchester Avenue
     Pound Ridge, New York 10576
     Tel.:   (914) 232-1005
     Email:   alichtman@lichtmanl.com

*Attorneys for Defendant Balance Diagnostics USA, LLC*

SO ORDERED:

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Dated: May 13, 2024